MILIHA FERLUCKAJ, Respondent, v GOLDMAN SACHS & Co., Appellant, et al., Defendant. GOLDMAN SACHS & Co., Third-Party Plaintiff, v AMERICAN BUILDING MAINTENANCE Co., Third-Party Defendant.

Submitted January 5, 2009; decided January 13, 2009

Motion by Defense Association of New York for leave to file a

brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.